## STEPHENS v. THE STATE.

LUMPKIN, J. 1. Voluntary drunkenness furnishes no excuse for murder. Penal Code, § 39; *Strickland* v. *State*, 137 *Ga.* 115, 116 (72 S. E. 922).

2. Neither the evidence nor the statement of the accused involved the offense of manslaughter, and there was no error in refusing a request to charge on that subject.

3. Nor did they involve any question of defense of one's habitation against a forcible attack and invasion on his property or habitation by another, under the Penal Code, § 72.

4. Nothing in the evidence or statement authorized the submission of the question of a necessity to slay the deceased as a protection against a trespasser, or the right to use necessary force to eject a trespasser without retreating.

5. The evidence supported the verdict, and there was no error in overruling the motion for a new trial.

*Judgment affirmed. Beck, J., absent. The other Justices concur.*
MARCH 11, 1913.

Indictment for murder. Before Judge Rawlings. Jefferson superior court. December 12, 1912.

*John R. Cooper,* for plaintiff in error.

*Thomas S. Felder, attorney-general, R. Lee Moore, solicitor-general,* and *Alfred Herrington,* contra.